# EXHIBIT LIST

__Beryl_____ v. _Navient Corp._, C _05920___ LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
| 1 | | | | | Offer Letter (Nav. 393-410) |
| 2 | | | | | Employee Manual (Nav. 196-238) |
| 3 | | | | | Email - 11-1-17 (LB 1728) |
| 4 | | | | | Email - 11-2-17 (LB 1751) |
| 5 | | | | | Email - 12-3-17 (LB 2863) |
| 6 | | | | | Email - 1-3-18 (LB 4147) |
| 7 | | | | | Email - 11-29-17 (LB 2503-2572) |
| 8 | | | | | 2018 Plan - 12-7-17 (Nav. 686 -701 |
| 9 | | | | | Minutes - 1-23-18 (Nav. 462-463) |
| 10 | | | | | Email - 12-11-17 (LB 3208-3210) |
| 11 | | | | | Email - 12-14-17 (LB 3546 - 3593) |
| 12 | | | | | Email - 12-19-17 (LB 3825 - 3874) |
| 13 | | | | | Email - 12-29-17 (LB 3969 - 4025) |
| 14 | | | | | Email - 1-9-18 (LB 4274) |
| 15 | | | | | Email - 1-19-18 (LB 4642 - 4643) |
| 16 | | | | | Email - 1-22-18 (Nav. 717 - 722) |
| 17 | | | | | Severance Plan (Nav. 444 - 461) |
| 18 | | | | | Letter - 1-24-18 (Nav 244 - 245) |
| 19 | | | | | Letter - 3-13-18 (LB 252 - 254) |
| 20 | | | | | Letter - 6-7-18 (LB 542 - 546) |
| 21 | | | | | Letter - 8-3-18 (LB 4765 - 4770) |
| 22 | | | | | Email - 9-21-18 (LB 4771 - 4772) |
| 23 | | | | | Statement - 4-3-2018 |
| 24 | | | | | Email - 11-21-17 (Nav. 554) |

# EXHIBIT LIST

Beryl _____ v. Navient Corp. , C 05920 ___ LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
| 25 | | | | | Email - 11-28-17 (Nav. 555 - 556) |
| 26 | | | | | Email - 11-30-17 (Nav. 676 - 678) |
| 27 | | | | | Email - 12-4-17 (Nav. 679) |
| 28 | | | | | Email - 12-4-17 (Nav. 680 - 685) |
| 29 | | | | | Email - 12-8-17 (Nav. 702 - 703) |
| 30 | | | | | Email - 1-30-18 (Nav. 709 - 710) |
| 31 | | | | | Email - 1-3-18 (Nav. 707 - 708) |
| 32 | | | | | Email - 1-8-18 (LB 4212) |
| 33 | | | | | LLC Agreement - (Nav. 264 - 323) |
| 34 | | | | | Vedder Price Declaration |
| 35 | | | | | PTCNI Review (Nav. 818 - 841) |
| 36 | | | | | 2018 Plan (Nav. 858-860) |
| 37 | | | | | Letter - 2-12-2018 (Nav. 248-250) |
| 38 | | | | | Memo - Undated (Nav. 257) |
| 39 | | | | | Agm't - 5-17-2019 (Nav. 258-263) |
| 40 | | | | | Letter - 4-4-2018 (Nav. 384-385) |
| 41 | | | | | Agm't - 4-23-2020 (Nav. 386-392) |
| 42 | | | | | Letter - 10/4/2017 (Nav. 411-425) |
| 43 | | | | | Mrgr Plan -10-4-17 (Nav. 469-541) |
| 44 | | | | | Email 11-20-2017 (Nav. 553) |
| 45 | | | | | Email 12-22-2017 (Nav. 704-706) |
| 46 | | | | | Email 1-4-2018 (Nav. 712) |
| 47 | | | | | Email 1-9-2018 (Nav. 714) |

# EXHIBIT LIST

Beryl _____ v. Navient Corp. , C  05920   LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
| 48 | | | | | Email 1-18-2018 (Nav. 715-716) |
| 49 | | | | | Cond. Code 8-2017 (Nav. 747-770) |
| 50 | | | | | Survey 11-17 (Nav. 3400-3401) |
| 51 | | | | | Hutch. Ltr. 4-27-2018 |
| 52 | | | | | Hutch. Attach. 4-27-2018 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |