DANIEL J. MULLER, SBN 193396
*dmuller@venturahersey.com*
VENTURA HERSEY & MULLER LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

JONATHAN SACK (admitted *Pro Hac Vice*)
jsack@sackandsack.com
SACK & SACK, LLP
70 East 55th Street, 10th Floor
New York, NY 10022
Telephone: (212) 702-9000

Attorneys for Plaintiff Louis Beryl

MITCHELL F. BOOMER, SBN 121441
Mitchell.Boomer@jacksonlewis.com
DONALD P. SULLIVAN, SBN 191080
Donald.Sullivan@jacksonlewis.com
BENJAMIN A. MAINS, SBN 274056
Benjamin.Mains@jacksonlewis.com
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone (415) 394-9400
Facsimile: (415) 394.9401

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BERYL, | Case No.: 3:20-cv-05920-LB |
| Plaintiff, | JOINT PROPOSED VOIR DIR QUESTIONS |
| vs. | Date: October 24, 2022<br>Time: 9:00 a.m. |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, LLC, EARNEST, LLC, and the NAVIENT CORPORATION EXECUTIVE SEVERANCE PLAN FOR SENIOR OFFICERS EFFECTIVE MAY 1, 2014 | |
| Defendants. | |

Plaintiff Louis Beryl and Defendants Navient Corporation, Navient Solutions, LLC, and Earnest, LLC hereby submit their Joint Proposed Voir Dire questions:

1. Is there anything about the anticipated length or daily schedule of trial that presents a problem, whether it be personal, business, or health, that is significant enough that you feel the need to be excused from service on this jury?

2. Do any of you know, or think you might know, me or any of the members of my staff or the courtroom clerk?

3. Do any of you know, or think you might know, counsel or any member of counsel's law firms?

4. Do any of you know, or think you might know, the plaintiff, and or any member of his family?

5. Have any of you had dealings with any of Defendants?

6. Have you, or any members of your family or close friends, ever been involved in any way in a case such as this?

7. Is there anything about the nature of this case that would make it difficult for any of you to serve as a fair and impartial juror?

8. I am now going to read a list of witnesses who may be called to testify during the trial. All of these persons may not be called to testify, but any of them might be. Please raise your hand if you know, or think you might know, any of these people.

9. Have any of you, or has anyone in your family, ever studied or practiced law?

10. Have any of you, or has anyone in your family, ever worked in the student loan industry?

11. Have you ever served on a civil or criminal trial or on a grand jury before? If so, how many times? Where? What was the nature of the case? Did you reach a verdict?

12. Have you or any member of your immediate family ever been a party, that is a plaintiff or defendant, in a civil lawsuit, arbitration, or administrative proceeding?

13. Have you or any member of your immediate family ever been a witness in a court case?

14. Have you or any members of your family ever been involved in a claim for damages and/or a lawsuit? If yes, please describe the circumstances, including how you felt about the lawsuit.

15. Have you or anyone in your family ever had a significant dispute with an employer?

16. Have you or an immediate family member ever been involved in an employment-related lawsuit of any kind? If yes, please describe the nature of the lawsuit and how it was resolved.

17. Where do you get your news from?

18. Do you belong to any social or activist organizations? If so, which ones?

19. Is there anyone who would be unable to follow the law as given in the instructions? Is there anyone who would be unable to disregard his or her own notions or ideas about what the law is or ought to be?

20. If selected to sit on this case, would any of you be unable or unwilling to render a verdict solely on the evidence presented at trial?

21. Do any of you know other members of the jury panel?

22. Is there any other reason I have not asked about that would make it difficult for you to serve as a juror on this case and return a verdict based only on the evidence and the instructions of law I will give you?

Dated: September 26, 2022                VENTURA HERSEY & MULLER LLP


                                         By: _____
                                              DANIEL J. MULLER
                                              Attorneys for Plaintiff Louis Beryl

[SIGNATURES CONTINUED ON NEXT PAGE]

| | |
|---|---|
| Dated: September 26, 2022 | JACKSON LEWIS P.C. |
| | By: _____<br>DONALD P. SULLIVAN<br>Attorneys for Defendants |

4873-4655-9285, v. 1